IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:21-MJ-111 |
| v. ) | |
| ) | AFFIDAVIT |
| JOSE REYES GALVAN, ) | |
| also known as, Jose Guadalupe Reyes Galvan, ) | |
| ) | |
| Defendant. ) | |

I, Jason M. Palmer, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement (ICE) and I am assigned to the office in Des Moines, Iowa. I have so been employed since May 2019 and my duties include enforcement of the immigration and customs laws of the United States. Prior to my employment with ICE/ERO, I was employed with the United States Border patrol as a Border Patrol Agent from September 2010 to May of 2019.

2. All of the statements and information contained in this Affidavit are based upon my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; upon my review of official documents and records maintained by the United States and upon my personal interview of the defendant. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3. This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that Jose REYES GALVAN, also known as Jose Guadalupe Reyes Galvan (REYES GALVAN) has committed a violation of Title 8, United States Code, Section 1326(a).

**PROBABLE CAUSE**

5. On February 16, 2021, officers from the Johnston Police Department encountered REYES GALVAN in Johnston, Iowa. REYES GALVAN stated his name was Jose Guadalupe Reyes Galvan. Officers learned REYES GALVAN was not a citizen and contacted ICE officers. During an interview with ICE, REYES GALVAN admitted that he had been previously removed from the United States, and that he had reentered the United States without permission after being deported. REYES GALVAN also stated that he currently did not have any visa applications pending. REYES GALVAN's identity was confirmed through a fingerprint analysis.

6. Based on a search of REYES GALVAN's fingerprints, primary name, and date of birth, immigration file ending in 097 was located and reviewed. The immigration file revealed that REYES GALVAN is a citizen of Mexico and had previously been deported from the United States to Mexico on one previous occasion. REYES GALVAN's immigration file contains documents showing he was most recently removed from the United States subsequent to an Order of Removal entered on November 3, 2008. The resulting removal took place on November 19, 2008, through Laredo, Texas.

7. The immigration file also contained a photograph of REYES GALVAN from his prior removals, which matched the physical appearance of REYES GALVAN.

8. REYES GALVAN's immigration file also contains a copy of FBI Identification record ending in VC9, which revealed the following criminal related documents:

- REYES GALVAN's A-file shows documents relating to case FECR216323. REYES GALVAN was convicted in the Iowa District Court for Polk County for assault with intent to commit sex abuse, in violation of Iowa Code Section 709.11(C). On March 12, 2008, REYES GALVAN was sentenced to a two-year prison sentence.

9. A review of REYES GALVAN's immigration file and other computerized systems revealed REYES GALVAN did not make application nor was granted permission to re-enter the United States after removal as was required by law.

## CONCLUSION

10. Based on the facts and circumstances described above, I believe there is probable cause to believe REYES GALVAN has knowingly and intentionally reentered the United States without authorization after having been previously deported, departed, or removed, in violation of Title 8, United States Code, Section 1326(a).

_____
Deportation Officer Jason M. Palmer
United States Immigration
and Customs Enforcement

Subscribed and sworn before me on this 18th day of February, 2021, by reliable electronic means.

_____
Celeste F. Bremer
United States Magistrate Judge